# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ERIC GARLND | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| HON. MARY B. SCHROEDER | )   No.: 4:23-CV-0064 |
| HON. JOHN R. LASATER | ) |
| DAVID S. BETZ, ESQ. | ) |
| DR. DEAN L. ROSEN | ) |
| DR. ANTHONY J. CASTRO | ) |
| ANTHONY J. STEMMLER | ) |
| JOAN M. GILMER | ) |
| DOES 1-10 | ) |
| | ) |
|       Defendants. | ) |

**DEFENDANT ANTHONY J. CASTRO'S MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Anthony J. Castro, by and thought his counsel, WIEDNER MCAULIFFE, LTD., and for his Motion to Dismiss Count IV of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), states as follows:

1. This case arises from lengthy divorce and child custody proceedings that began in 2015 between Plaintiff Eric Garland and now ex-wife, Katherine Garland.

2. Plaintiff brings this lawsuit alleging civil rights violations against Defendants Hon. Mary B. Schroeder, Hon. John R. Lasater, David Betz, Dr. Dean L. Rosen, Dr. Anthony J. Castro, Anthony J. Stemmler, Joan M. Gilmer and Does 1-10.

3. In Count IV of the Complaint, the sole Count against Defendant Castro, Plaintiff alleges that while serving as the court-appointed psychologist, Defendant Castro refused to properly perform his court-ordered duties, refusing to discuss the children's care with Plaintiff and refusing to provide testimony and medical records pursuant to a subpoena. Plaintiff then alleges

1

that these actions on behalf of Defendant Castro deprived Plaintiff of a constitutionally protected federal right pursuant to 42 U.S. Code § 1983.

4.  Count IV fails to state a claim in for which relief can be granted under the Federal Rules of Civil Procedure 12(b)(6) because Defendant Castro is entitled to quasi-judicial immunity as a court-appointed psychologist.

5.  Count IV of Plaintiff's Complaint failed to allege facts sufficient to establish Defendant Castro's alleged actions deprived him of a constitutionally protected federal right.

6.  Lastly, Plaintiff's claims in Count IV is a vailed attempt to reverse the a state court judgment by claiming a violation of his constitutional rights, which is barred by the *Rooker-Feldman* doctrine.

7.  No amendments to the pleadings would allow Plaintiff to rectify the fundamental flaws in Count IV against Defendant Castro.

8.  Defendant Castro hereby incorporates his Memorandum of Law in Support his Motion to Dismiss, which is filed contemporaneously herewith.

**WHEREFORE,** Defendant Castro prays this Court dismiss Count IV for failure to state a claim upon which relief may be granted, grant his attorney's fees, and for any and all such further relief this Court deems necessary and proper under these circumstances.

Respectfully submitted,

WIEDNER & MCAULIFFE, LTD.

 /s/ *Brent L. Salsbury*
C. Zachary Vaughn, #56408
Brent L. Salsbury, #58194
WIEDNER & McAULIFFE, LTD.
101 S. Hanley, Suite 1450
St. Louis, Missouri 63105
(314) 721-3400 – telephone
(314) 725-5755 – fax

>czvaughn@wmlaw.com
>blsalsbury@wmlaw.com
>*Attorneys for Defendant*
>*Dr. Anthony J. Castro*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served the 16th day of March 2023, via the Courts electronic filing system, to the following:

Eric A. Garland
1933 Meadowtree Lane
Kirkwood, MO 63122
Ph: (802) 999-8118
eric@ericgarland.co
*Pro Se Plaintiff*


　　　　　　　　　　　　　　　　　　　　　　/s/ *Brent L. Salsbury* _____