UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC A. GARLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 4:23CV0062 |
| v. ) | |
| ) | |
| ) | |
| HON. MARY B. SCHROEDER, et al. ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED VERIFIED PETITION PURSUANT TO RULE 15

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Eric A. Garland moves the Court for leave to file the attached Amended Verified Petition Pursuant to 42 U.S. Code §§ 1983, 1985, and 1988. (Hereinafter "Amended Petition")

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." *Fed. R. Civ. P.* 15(a)(2). Allowing Plaintiff to file the Amended Petition would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

Through the Amended Petition, Plaintiff seeks to clarify the language of certain allegations, specifying that certain actions by the defendants were not taken during any legal proceeding, but during impermissible *ex parte* communications.

Further, Plaintiff clarifies with regards to Defendant Gilmer that certain allegedly falsified documents bear her stamp.

Further, Plaintiff has clarified that Defendants Betz, Rosen, and Castro did not submit their reports to the parties prior to the trial scheduled for November 24, 2020.

Moreover, Plaintiff has removed all prayer for injunctive relief. All relief sought is for damages only.

Plaintiff has added no new defendants and no new counts.

For all these reasons, Plaintiff requests that the Court grant Plaintiff leave to file the attached Amended Petition. Also attached is a proposed order.

Dated April 4, 2023                               Respectfully submitted,

                                                  ___/s/ Eric A. Garland_____

                                                  Eric A. Garland
                                                  1933 Meadowtree Lane,
                                                  Kirkwood, MO 63122
                                                  802-999-8118
                                                  eric@EricGarland.co
                                                  *Pro Se*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of April, 2023, the foregoing was emailed to the Clerk of the Court to be filed via the Court's electronic filing system and served upon counsel of record, and/or sent via U.S. Postal Service or email to the following:

    /s/ Eric A. Garland

Eric A. Garland

| | |
|---|---|
| David S. Betz, Esq.<br>*Pro Se*<br>120 E. Lockwood Ave.<br>St. Louis, MO 63119<br>david@betzlawfirm.com | Mary Reitz<br>Office of the County Counselor<br>41 S. Central Ave.<br>Clayton, Missouri 63105<br>MReitz@stlouiscountymo.gov |

Brent L. Salisbury
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO 63105
blsalsbury@wmlaw.com

Portia Kayser
Harris Dowell Fisher & Young L.C.
15400 S. Outer 40, Suite 202
Chesterfield, MO
pkayser@harrisdowell.com

David T. Ahlheim
Childress Ahlheim Cary
1010 Market Street, Suite 500
St. Louis, Missouri 63101
david@caclawfirm.com

Ryan M. Murray
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
Ryan.murray@ago.mo.gov