# ERIC A. GARLAND

David Betz, Esq.
The Betz Law Firm
120 E. Lockwood Ave,
St. Louis, MO 63119

September 12, 2023

*In re October 12, 2023 Rule 16 Scheduling Conference*

Mr. Betz,

I am writing with regards to matters which will be addressed at the October 12, 2023 Rule 16 Conference at the Eastern District of Missouri Federal District Court.

First, pursuant to Fed. R. Civ. P. 4(d)(2) I have attached hereto an invoice for the costs associated with being required to hire a special process server to serve upon you a copy of the initial Petition in this matter. I successfully sent you a request to waive service in January. Further, I publicized this suit in a manner in which most of the other defendants responded in a timely fashion without the need for a process server. As such, I am requesting reimbursement for the cost of William Stage's services. If I do not have said reimbursement by the time of the October 12, 2023 Rule 16 Conference I will move the Court to order further fees for the additional professional time required.

Second, I am writing in regard to the obligations detailed by Judge Pitlyk's Order of September 7, 2023 as well as under Local Rule 3.04. We are required to "actually speak to each other" with regards to any discovery disputes. Further to that obligation, I am engaging you to explore any potential differences of opinion about the scope of discovery relevant to the allegations in the Petition before the Court, and to schedule a time for a conference.

You are, pursuant to Fed. R. Civ. P. 26, required as a party to voluntarily disclose all information in your possession regarding the facts as alleged in any complaint or petition. As such, at a minimum, I expect to receive all records, including but

---

ERIC A. GARLAND

1933 MEADOWTREE LANE, KIRKWOOD, MO 63122 | ERIC@ERICGARLAND.CO

EXHIBIT A

not limited to cell phone text messages, emails, phone records, documents, invoices, or other documents within the date range of April 15, 2019 until the present on the following topics:

- When you first became aware of the matter of *Garland v. Garland*
- Your contacts with Catherine W. Keefe, Esq. around the June 14, 2019 hearing for her client's Rule 92 restraining order application
- All contacts with Judge Mary B. Schroeder regarding *Garland v. Garland* or matters related thereto
- All contacts with Anthony Stemmler, the Kirkwood Police Department, the St. Louis Police Officers Association, or any other law enforcement agencies regarding *Garland v. Garland* or matters related thereto, or matters unrelated to *Garland v. Garland,* from February 3, 2018 until the present
- All contacts, if any, with (now-Judge) Jeffrey P. Medler regarding *Garland v. Garland* or matters related thereto
- All contacts with Katherine Garland M.D. regarding *Garland v. Garland* or matters related thereto
- All contacts, if any, with Alan Freed, Esq. or Allison Schreiber Lee, Esq., regarding *Garland v. Garland* or matters related thereto
- All contacts, if any, with Rick Eisen, Esq., Margaret Boudreau, Esq., Andrew Leonard, Esq., or Laura Stobie, Esq. regarding *Garland v. Garland* or matters related thereto
- All contacts with Catherine W. Keefe, Esq., Maia Brodie, Esq., and Jayne Glaser, Esq. regarding *Garland v. Garland* or matters related thereto
- All contacts with C. Bradford Emert, Esq., Steven Andreyuk, Esq., Beth Lewandowski, Esq., Col. Alan DeWoskin, Esq., Cary Mogerman, Esq., and Joseph Kodner, Esq. regarding *Garland v. Garland* or matters related thereto
- All contacts with Dr. Susan Sanderson regarding *Garland v. Garland* or matters related thereto
- All contacts with Camille Bruton-Reinhold regarding *Garland v. Garland* or matters related thereto
- All contacts with Dr. Anthony Castro regarding *Garland v. Garland* or matters related thereto

EXHIBIT A

- All contacts with Dr. Dean Rosen regarding *Garland v. Garland* or matters related thereto
- All contacts with Judge Michael Burton regarding *Garland v. Garland* or matters related thereto
- All contacts with Judge John Lasater regarding *Garland v. Garland* or matters related thereto
- Your filing of a Motion to Strike on or about July 31, 2020, including but not limited to drafts thereof and communications with counsel for Katherine Garland as well as communications with the staff of the office of the Clerk of the Court of the 21st Circuit
- Records of your use of Missouri Case Net in the matter of *Garland v. Garland* from June 12, 2019 until present
- Your monitoring of my social media activity
- Your history of continuing legal education
- Your draft of the Final Order and Judgment filed on November 24, 2020
- Your participation in a Zoom call on or about January 24, 2021 with Sarah Pleban, Hank Miller, Maia Brodie, Kelly Chevalier, and other St. Louis-area attorneys regarding ongoing litigation in the 21st Circuit
- All invoices as referenced by the Order and Judgment of the Lasater Court which issued on or about December 21, 2021.

I look forward to any questions you might have for me regarding discovery. After three years appointed as Guardian *ad litem*, it could be that you have little need for additional records, but please send any parameters that would aid our discussion. Please let me know what dates and times work for you for a call at your earliest convenience.

Thank you in advance,

   Eric A. Garland
   1933 Meadowtree Lane
   Kirkwood, MO 63122
   (802) 999-8118
   eric.Garland@competitivefutures.com

EXHIBIT A

EXHIBIT A

# ERIC A. GARLAND

---

David Ahlheim, Esq.
Childress Ahlheim Cary
1010 Market St. Suite 500
St. Louis, MO 63101

September 12, 2023

*In re October 12, 2023 Rule 16 Scheduling Conference*

Mr. Ahlheim,

I am writing with regards to the obligations detailed by Judge Pitlyk's Order of September 7, 2023 as well as under Local Rule 3.04. I am engaging you to explore any potential differences of opinion about the scope of discovery relevant to the allegations in the Petition before the Court, and to schedule a time to meet and confer on any issues.

With regard to your client's voluntary disclosure pursuant to Fed. R. Civ. P. 26, I would expect to receive records on the following specific issues:

- When Dr. Rosen first became aware of the matter of *Garland v. Garland*
- Any contacts between Dr. Rosen and Judge Mary B. Schroeder from July 15, 2019 until the present
- All contacts between Dr. Rosen and David Betz, Esq. from July 15, 2019 until the present
- All contacts among Dr. Rosen and Anthony Stemmler, the Kirkwood Police Department, the St. Louis Police Officers Association, or any other law enforcement agencies regarding *Garland v. Garland* or matters related thereto, or matters unrelated to *Garland v. Garland,* from February 3, 2018 until the present
- All contacts, if any, with (now-Judge) Jeffrey P. Medler from July 15, 2019 until the present
- All contacts with Katherine Garland M.D. from October 15, 2019 until the present
- All contacts with (yours truly) Eric Garland from October 15, 2019 until the present

---

ERIC A. GARLAND

1933 MEADOWTREE LANE, KIRKWOOD, MO 63122 | ERIC@ERICGARLAND.CO

EXHIBIT A

- All contacts with Catherine W. Keefe, Esq., Maia Brodie, Esq., and Jayne Glaser, Esq. from June 12, 2019 until the present regarding *Garland v. Garland* or matters related thereto
- All contacts with C. Bradford Emert, Esq., Steven Andreyuk, Esq., Beth Lewandowski, Esq., Col. Alan DeWoskin, Esq., Cary Mogerman, Esq., and Joseph Kodner, Esq. regarding *Garland v. Garland* or matters related thereto
- Any contacts with Dr. Susan Sanderson regarding *Garland v. Garland* or matters related thereto
- Any contacts with Camille Bruton-Reinhold regarding *Garland v. Garland* or matters related thereto
- All contacts with Judge John Lasater regarding *Garland v. Garland* or matters related thereto
- All records of examinations and tests conducted by Dr. Rosen on Katherine Garland M.D. and (yours truly) Eric Garland
- Dr. Rosen's history of continuing medical education
- All invoices generated to any party connected to *Garland v. Garland*
- His accounting records of all transactions for his supposed services to the Katherine Garland, (yours truly) Eric Garland, or any other individuals who he may have invoiced between October 30, 2019 and the present with regard to *Garland v. Garland*

I look forward to any questions you might have for me regarding discovery. Please let me know what dates and times work for you for a call to meet and confer at your earliest convenience.

Thank you in advance,

Eric A. Garland
1933 Meadowtree Lane
Kirkwood, MO 63122
(802) 999-8118
eric.Garland@competitivefutures.com

EXHIBIT A

# ERIC A. GARLAND

Brent Salsbury, Esq.
Wiedner McAuliffe
101 S. Hanley, Suite 1450
St. Louis, MO 63105

September 12, 2023

*In re October 12, 2023 Rule 16 Scheduling Conference*

Mr. Salsbury,

I am writing with regards to the obligations detailed by Judge Pitlyk's Order of September 7, 2023 as well as under Local Rule 3.04. I am engaging you to explore any potential differences of opinion about the scope of discovery relevant to the allegations in the Petition before the Court, and to schedule a time to meet and confer on any issues.

With regard to your client's voluntary disclosure pursuant to Fed. R. Civ. P. 26, I would expect to receive records on the following specific issues:

- When Dr. Castro first became aware of the matter of *Garland v. Garland*
- Dr. Castro's contacts with Catherine W. Keefe, Esq. which led to her referring him as a psychologist for the minor children
- Any contacts between Dr. Castro and Judge Mary B. Schroeder from July 15, 2019 until the present
- All contacts with David Betz, Esq. from July 15, 2019 until the present
- All contacts, if any, with (now-Judge) Jeffrey P. Medler from July 15, 2019 until the present
- All contacts with Katherine Garland M.D. from July 15, 2019 until the present
- All contacts with (yours truly) Eric Garland from July 15, 2019 until the present
- All contacts, if any, with Alan Freed, Esq. or Allison Schreiber Lee, Esq. from April 15, 2019 until the present
- All contacts, if any, with Rick Eisen, Esq., Margaret Boudreau, Esq., Andrew Leonard, Esq., or Laura Stobie, Esq. from April 15, 2019 until the present

ERIC A. GARLAND

1933 MEADOWTREE LANE, KIRKWOOD, MO 63122 | ERIC@ERICGARLAND.CO

EXHIBIT A

- All contacts with Catherine W. Keefe, Esq., Maia Brodie, Esq., and Jayne Glaser, Esq. from June 12, 2019 until the present
- All contacts with C. Bradford Emert, Esq., Steven Andreyuk, Esq., Beth Lewandowski, Esq., Col. Alan DeWoskin, Esq., Cary Mogerman, Esq., and Joseph Kodner, Esq. regarding *Garland v. Garland* or matters related thereto
- Any contacts with Dr. Susan Sanderson regarding *Garland v. Garland* or matters related thereto
- Any contacts with Camille Bruton-Reinhold regarding *Garland v. Garland* or matters related thereto
- Any contacts with Dr. Dean Rosen regarding *Garland v. Garland* or matters related thereto
- All contacts with Judge John Lasater regarding *Garland v. Garland* or matters related thereto
- His off-the-record conferences with Col. Alan DeWoskin, Esq.
- His history of continuing medical education
- **All medical records Dr. Castro created based on his sessions with William Garland and Anna Garland, to which I also have a right irrespective of this matter**
- All invoices generated to any party connected to *Garland v. Garland*
- His accounting records of all transactions for his supposed services to the minor children, Katherine Garland, (yours truly) Eric Garland, or any other individuals who he may have invoiced between July 15, 2019 and the present with regard to *Garland v. Garland*

I look forward to any questions you might have for me regarding discovery. Please let me know what dates and times work for you for a call to meet and confer at your earliest convenience.

Thank you in advance,

Eric A. Garland
1933 Meadowtree Lane
Kirkwood, MO 63122
(802) 999-8118
eric.Garland@competitivefutures.com

# ERIC A. GARLAND

Portia Kayser, Esq.
Harris, Dowell, Fisher & Young, L.C.
15400 South Outer Forty, Suite 202
Chesterfield, MO 63017

September 12, 2023

*In re October 12, 2023 Rule 16 Scheduling Conference*

Ms. Kayser,

I am writing with regards to the obligations detailed by Judge Pitlyk's Order of September 7, 2023 as well as under Local Rule 3.04. I am engaging you to explore any potential differences of opinion about the scope of discovery relevant to the allegations in the Petition before the Court, and to schedule a time to meet and confer on any issues.

With regard to your client's voluntary disclosure pursuant to Fed. R. Civ. P. 26, I would expect to receive records on the following specific issues:

- When Mr. Stemmler first became aware of the matter of *Garland v. Garland*
- All contacts between Mr. Stemmler and Judge Mary B. Schroeder from April 30, 2019 until December 31, 2020
- All contacts between Mr. Stemmler and Catherine W. Keefe, Esq. from April 30, 2019 until August 30, 2020.
- All contacts between Mr. Stemmler and (yours truly) Eric Garland from June 11, 2019 until June 14, 2019
- All communications between Mr. Stemmler, the Attorney General's Office of the Commonwealth of Virginia, the Virginia State Police, the York-Poquoson County Sheriff's Office, or any other law enforcement agency in Virginia from June 10, 2019 until July 30, 2019
- All records of Mr. Stemmler's employment as a juvenile officer in the St. Louis area
- All communications between Mr. Stemmler and the Kirkwood City Government, including but not limited to the Mayor's Office and members of

the Kirkwood Police Department, pertaining to any law enforcement matter involving (yours truly) Eric Garland from February 3, 2018 until the present

- All records of Mr. Stemmler's communications with any individual involved with a search of 1933 Meadowtree Lane on February 3, 2018 and February 4, 2018
- All contacts between Mr. Stemmler and Katherine Garland M.D. from June 10, 2019 until the present
- All contacts between Mr. Stemmler and David Betz, Esq. from June 10, 2019 until July 30, 2019
- All contacts between Mr. Stemmler and Maia Brodie, Esq. and/or Jayne Glaser, Esq. from June 11, 2019 until the present regarding *Garland v. Garland* or matters related thereto
- All contacts between Mr. Stemmler and the St. Louis Police Officers Association from April 30, 2019 until July 30, 2019.
- All records related to Mr. Stemmler's involvement with the investigation and criminal prosecution of Christopher Stephens, a former Kirkwood High School drama teacher, whose alleged criminal conduct is related to this matter, as well as any contact between Mr. Stemmler and attorneys Andrew Leonard, Esq. or Laura Stobie Esq. with regard to same
- All contacts with Judge John Lasater regarding *Garland v. Garland* or matters related thereto
- Mr. Stemmler's relationship to and activities with the Missouri Juvenile Officers Association, including but not limited to contacts with former President Scott Burow

I look forward to any questions you might have for me regarding discovery. Please let me know what dates and times work for you for a call to meet and confer at your earliest convenience.

Thank you in advance,

> Eric A. Garland
> 1933 Meadowtree Lane
> Kirkwood, MO 63122
> (802) 999-8118
> eric.Garland@competitivefutures.com

EXHIBIT A