UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ERIC A. GARLAND**, | ) |
| Plaintiff, | ) |
| | ) Cause No.: 4:23CV0062 |
| v. | ) |
| **HON. MARY B. SCHROEDER, et al.** | ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PETITION PURSUANT TO RULE 15

AND NOW, on this _____ day of _____, 2023, upon consideration of Plaintiff's Motion for Leave to File Complaint for Civil RICO, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

IT IS SO ORDERED:

_____

Honorable Sarah E. Pitlyk

DATE: _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of October, 2023, the foregoing was emailed to the Clerk of the Court to be filed via the Court's electronic filing system and served upon counsel of record, and/or sent via U.S. Postal Service or email to the following:

        /s/ Eric A. Garland

        Eric A. Garland

David S. Betz, Esq.
*Pro Se*
120 E. Lockwood Ave.
St. Louis, MO 63119
david@betzlawfirm.com

Mary Reitz
Office of the County Counselor
41 S. Central Ave.
Clayton, Missouri 63105
MReitz@stlouiscountymo.gov

Brent L. Salisbury
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO 63105
blsalsbury@wmlaw.com

Portia Kayser
Harris Dowell Fisher & Young L.C.
15400 S. Outer 40, Suite 202
Chesterfield, MO
pkayser@harrisdowell.com

David T. Ahlheim
Childress Ahlheim Cary
1010 Market Street, Suite 500
St. Louis, Missouri 63101
david@caclawfirm.com

Ryan M. Murray
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
Ryan.murray@ago.mo.gov