# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  24-1698
_____

Eric Garland

Plaintiff - Appellant

v.

Hon. Mary Bruntrager Schroeder, in her individual capacity; Hon. John R. Lasater, in his individual capacity; David Q. Betz, Esq.; Dr. Dean L. Rosen, in his individual capacity; Dr. Anthony J. Castro; Anthony J. Stemmler, in his individual capacity; Joan M. Gilmer, in her individual capacity

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00064-SEP)

------

**JUDGMENT**

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed as modified in accordance with the opinion of this Court.

December 11, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik