# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1698

Eric Garland

Appellant

v.

Hon. Mary Bruntrager Schroeder, in her individual capacity, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00064-SEP)

---

## MANDATE

In accordance with the opinion and judgment of December 11, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 03, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit